UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Application of<br><br>ONTARIO PRINCIPALS' COUNCIL, GORDANA STEFULIC, VIVIAN MAVROU, VARLA ABRAMS,<br><br>Applicants. | Case No. 5:14-mc-80186 BLF (HRL)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART EX PARTE APPLICATION FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN LITIGATION**<br><br>[Re: Dkt. 1] |

Pursuant to 28 U.S.C. § 1782, applicants Ontario Principals' Council, Gordana Stefulic, Vivian Mavrou, and Varla Abrams (Applicants) seek leave to serve subpoenas here in aid of litigation to be filed in Ontario, Canada. Having considered their moving papers, Applicants' request for leave to serve subpoenas on AnchorFree, Inc. (AnchorFree) and Energy Group Networks, LLC (EGN) is granted. 28 U.S.C. § 1782; Intel Corp. v. Advanced Micro Devices, Inc., 542 U.S. 241 (2004). However, as drafted, the proposed document requests are overbroad in that they seek any and all documents "relating" to or "referencing" the users, which may call for production of the contents of communications in electronic storage. 18 U.S.C. § 2702(a). The requests shall instead be limited to records sufficient to identify the users, including the particular subscriber and account identifier information sought by each request. Id. § 2702(c)(1) & (c)(6). Additionally, this court denies Applicants' request for an order prohibiting AnchorFree and EGN from notifying user(s) that this information is being subpoenaed. Applicants have provided no

authority supporting such a request.

This order is without prejudice to the filing of a motion to quash by the subpoenaed entities or other appropriate person(s).

**SO ORDERED**.

Dated:   November 10, 2014



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:14-mc-80186-BLF Notice has been electronically mailed to:

2   Michael Jason Lee     michael@mjllaw.com

United States District Court
Northern District of California